IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 21-mj-00205 (GMH) |
| | : | |
| **VIRGINIA MARIE SPENCER,** | : | |
|     **Defendant.** | : | |

## NOTICE OF APPEARANCE

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, Virginia Marie Spencer, *nunc pro tunc* to February 16, 2021, in the above-captioned criminal cause.

                                                Respectfully Submitted,

                                       _____*-S-*_____
                                       Allen H. Orenberg, # 395519
                                       The Orenberg Law Firm, P.C.
                                       12505 Park Potomac Avenue, 6th Floor
                                       Potomac, Maryland 20854
                                       Tel. No. 301-984-8005
                                       Cell Phone No. 301-807-3847
                                       Fax No. 301-984-8008
                                       aorenberg@orenberglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2021, a copy of the foregoing Notice of Appearance, was delivered to case registered parties by the CM/ECF court system.

_____-S-_____
Allen H. Orenberg