**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-147-CCK-02** |
| | : | |
| **VIRGINIA MARIE SPENCER,** | : | |
| **Defendant.** | : | |

**NOTICE OF THE FILING DISCOVERY REQUEST
LETTER BY DEFENDANT VIRGINIA MARIE SPENCER**

COMES NOW,  Allen H. Orenberg, counsel for Virginia Marie Spencer, to respectfully file this Notice of the Filing Discovery Request Letter By Defendant Virginia Marie Spencer.

Said Discovery Request letter is attached as an Exhibit to this Notice.

Respectfully Submitted,


_____-*S*-_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 31st day of March, 2021, a copy of the foregoing Notice of the Filing Discovery Request Letter by Defendant Virginia Marie Spencer, was delivered to case registered parties by the CM/ECF court system..


_____-*S*-_____
Allen H. Orenberg

2