AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00205 |
| VIRGINIA MARIE SPENCER (AKA: JENNY SPENCER) | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 2/5/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **VIRGINIA MARIE SPENCER**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)-(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D),(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   02/05/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.02.05 17:56:35 -05'00'

City and state:   Washington, D.C.     G. MICHAEL HARVEY, US MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/5/2021, and the person was arrested on *(date)* 2/8/2021
at *(city and state)* Durham, NC

Date: 2/8/2021

*Arresting officer's signature*

Norman G Kuylen, SA FBI
*Printed name and title*