

Honorable Collen Kollar-Kottelly

United States District Judge

United States Courthouse

300 Constitution Avenue, N. W.

Washington, D. C. 20001


Re: Virginia Spencer █████████████████████████████████████████


Dear Honorable Judge Kollar-Kottelly,




Sincerely,

█████████████████████████

█████████████████████████          Date: 10/22/2021

█████████████████████████

█████████████████████████

█████████████████████████

**Privacy Notification:** This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contain information intended for the specified individual(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This information has been released to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules *prohibit you from making a further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient. Redisclosure is not allowed under the "Privacy Standards" for substance abuse treatment and under state law G.S. 122C for mental health and developmental disabilities.*



ht