To Whom It May Concern,

I am writing to you on behalf of Virginia Marie Spencer in hopes that you may learn more about her and the true character she possesses.  Virginia is a wife, mother (to 5 children), and friend to many. Virginia has always loved her family, friends, and people in general.  She is a very kind-hearted, caring, and giving individual.  She is always willing to go the extra mile and help others in need, if she is able.

She played a crucial role in caring for my grandmother at the end of life.  She provided round the clock care, assisting with activities of daily living, and assuring that all of my grandmother's needs were met.  This served as a tremendous help to my family.  I'm not sure how we would've gotten through that difficult time without her.  She is also a proud supporter of a non-profit organization called "Fighting All Monsters".  The goal of this organization is to spread awareness to the public and provide support for children fighting life-threatening illness and their families.

Virginia is definitely more than a woman who happened to be at the wrong place at the wrong time.  She is a woman with a big heart, full of compassion.  My prayer is that you find it in your heart to exercise as much compassion as possible when determining her sentence.  Her family and friends need her presence in their lives.

Thank you for any grace that you choose to bestow upon Virginia during this trial.

Sincerely,
Alexis Horton