December 5, 2021


Honorable Colleen Kollar-Kottelly
United States District Judge
United States Courthouse
300 Constitution Avenue, N.W.
Washington, DC 20001


Re: Virginia Spencer


Dear Honorable Judge Kollar-Kottelly,