**Allen Orenberg**

| | |
|---|---|
| **From:** | Genesis Spencer <thegenesisspencer@gmail.com> |
| **Sent:** | Saturday, December 4, 2021 10:04 PM |
| **To:** | Allen Orenberg |
| **Subject:** | Virginia Spencer |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Virginia Spencer, also known as my mother, is truly the greatest woman I have ever met. As a daughter, I'm so grateful to be loved and raised by her, and wouldn't want anyone else taking her place. She goes out of her way all the time to help people. She is so hardworking and strong. She makes so many sacrifices just to make sure every one of her kids are satisfied and happy. I have searched for inspiration to deal with all my troubles in life and every time, my steps always lead back to her. She endured bone crushing pain and brought me, and 4 others into this world, and she makes sure we always have a smile on our face even when she is facing a hard time. Seeing her, I have learned to get up each time I hit the rock bottom in life. My mother is my idol and she always will be. She is my strength and inspiration. She has taught me to believe in myself and help others no matter what. She would do literally anything to protect us and make sure we're safe. In my eyes, no mother compares to mine. I truly believe that I got the best of the best and I'm so blessed that out of all the kids in this world, God gave her to us. My moms my best friend and I don't know what I would do without her. In this ever changing world, her love is one of the only constants. She's spent sleepless nights not leaving our side when one of us was sick. Always makes sure food is on the table. My mom has never wanted anything but happiness and success for all 5 of her kids. And after all these years I have achieved both of those things specially because of my mothers support. I love my beautiful mother with everything in me and I'm so glad to have the title of her first baby girl.

To my mom, thank you for absolutely everything you do for me and this family. We'd all be lost without you. I love you!!

-Genesis Spencer