December 5, 2021

Honorable Colleen Kollar-Kottelly
United States District Judge
United States Courthouse
300 Constitution Avenue, N.W.
Washington, DC 20001

Re: Virginia Spencer

Dear Honorable Judge Kollar-Kottelly,

I met Virginia Spencer 6 years ago through my girlfriend, Christina Walton. Christina had just lost her mother for whom Christina was her caregiver and this life event was really hard on Christina. I was not sure that I could be the emotional support for Christina as I had not been through a life event like the one Christina had gone through. But that changed when Christina met Virginia Spencer.

Christina and Virginia met and became close friends. With Virginia being a caretaker for her parents and Christina having been the caretaker for her mother, they initially had something in common. But it grew from there to a very close friendship. We all need that person who is there for us, we can rely on, in any situation, someone that has been in similar situations, who we can talk to and lean on. That is who Virginia Spencer is. When she talks about her children, you can feel the love she has for them, the passion of a mother to make her children's lives better and help them learn and grow from children to young adults to adults. That passion to help people extends to her very close friends, extended family and to other interests that she is involved with, helping children with cancer or other life threatening situations.

I hope that this letter and the others that you will receive about Virginia Spencer help show what kind of person she is. She is important and special to many people; please take this and the other letters into consideration in your decision.

Sincerely,

Ken Miner
5540 Brookdale Ridge Dr
Winston-Salem, NC 27106