**Allen Orenberg**

---

**From:** Nancy Spencer <spencernancy@icloud.com>
**Sent:** Wednesday, November 17, 2021 7:46 PM
**To:** Allen Orenberg
**Cc:** Nancy Spencer
**Subject:** Virginia Marie Spencer. "Jenny"

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

11-17-2021

Nancy M Spencer
208 Little and Waterfall Dr
Pilot Mountain, NC 27041

To: The Presiding Judge
Re: Virginia Marie Spencer

Your Honor,

I am writing in reference to Virginia Marie Spencer. My purpose of writing this letter is to present the good character of Virginia Spencer.
Virginia, "Jenny" has been in our family since June 2003. Virginia is my daughter in law. I can confirm that she is a kind, loving person. She is dedicated, efficient and considerate of her family and friends. She shows respect and has never been disrespectful ever to me or my husband or family members. Jenny has always made herself available in times of need and in several emergency situations. She has always conducted herself in a respectful caring manner full of compassion for other people.
I am aware she has made a deal recently in regards to her up coming court date. However, I want to express and make known the kind of person Jenny is and how important she is to our family and friends.
Jenny is a mother of five children. She is a wife and she works a job. It is essential that she is with her family to care for them. Virginia found herself in an unfortunate situation and had Jenny had the opportunity to rethink and redo things she would not have been at the wrong time at the wrong place.
Jenny has expressed to me on so many occasions that she is extremely sorry she was caught up in the past situation. Jenny has done so much to help people. She is one of these people that would give the shirt off her back to help someone even if it meant for her doing without something. She nursed and took care of Sophia Jane Spencer, her husband's grandmother for six months through the end stages of her life. She bathed, cooked, dressed and entertained and kept this precious lady company and companionship while other members in the family had to work. She took care of Sophia Jane Spencer up until her last breath was taken and she passed away. I have also had to have several surgeries and Jenny was always there and always gave me her time and love and took care of me doing during my healing process after surgery upon several occasions. Virginia performed all of these duties while raising her children and being a wife and mother. Jenny is a good moral person that loves her family. I realize this might seem hard to believe given the circumstances. She has made some wrong choices but meaning for them to be for a good cause. Everyone deserves a chance to redeem themselves. It is with my sincere hope the court takes this letter into consideration at the time of any sentencing. Despite all the news media stories and embarrassing videos that were shown on television regarding this current case I still believe Virginia Marie Spencer is an honorable and loving individual, a very valuable member of our family and our community.  It is with my sincere hope the court takes this letter into consideration at the time of any sentencing or judging.
I sincerely appreciate any consideration for leniency that you will may give to my daughter-in-law Virginia Marie Spencer known as Jenny to us.

1

Sincerely,
Nancy M Spencer
Sent from my iPhone