**Allen Orenberg**

**From:** Trent384@outlook.com
**Sent:** Thursday, December 9, 2021 9:10 AM
**To:** Allen Orenberg
**Subject:** Virginia Spencer

**Follow Up Flag:** Follow up
**Flag Status:** Flagged


My name is Trent Shumate and my relationship with Virginia Spencer is I am dating her oldest daughter Genesis. Since the first day that I met her, she has always treated me like I am one of her own kids. She is sweet, kind, and one of the most tender hearted person I have ever met. Mrs. Spencer is truly a family women. She always puts her family before herself and goes out of her way to make sure they are happy and taken care of. For the one year and a half that I have known her she has been so amazing to me. There where times when I didn't have much money and she went out of her way to get food for me and I knew right then and there she was an astonishing person. I have seen how all five of her kids look up to her, I can see in their eyes how much they love her and I do too. I am so blessed to have her in my life and just like her kids we need her. I thank God for you and your wonderful family, Love you.

Sent from Mail for Windows

1