**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-CR-147-2 |
| : | Hon. Colleen Kollar-Kotelly |
| **VIRGINIA MARIE "JENNY" SPENCER,**: | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to Government's sentencing recommendation. The exhibits are as follows:

1. Government Exhibit 1 was provided to the Court and opposing counsel via email on January 5, 2022. Government Exhibit 1 is a clip from a Facebook Live video recorded by Christopher Spencer and is approximately 1:20 in length, in which the defendant stands nearby as rioters call for the House Chamber door to be open and chant "Stop the Steal!" The events depicted in Exhibit 1 occurred between approximately 2:35 p.m. and 2:44 p.m. on January 6, 2021.

2. Government Exhibit 2 was provided to the Court and opposing counsel via email on January 5, 2022. Government Exhibit 2 is a clip from a Facebook Live video recorded by Christopher Spencer and is approximately 23 seconds in length, in which the defendant stands nearby as rioters chant, "Break it down!" in reference to the House Chamber door. The events depicted in Exhibit 2 occurred between approximately 2:35 p.m. and 2:44 p.m. on January 6, 2021.

3. Government Exhibit 3 was provided to the Court and opposing counsel via email on January 5, 2022. Government Exhibit 3 is a clip from a Facebook Live video recorded by Christopher Spencer and is approximately 1:54 in length, in which the defendant stands nearby as

rioters confront police officers, menacing them and sliding furniture at them. The events depicted in Exhibit 3 occurred between approximately 2:47 p.m. and 2:52 p.m. on January 6, 2021.

        Respectfully submitted,

        MATHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

        *s/ Douglas G. Collyer*
        Douglas G. Collyer
        Assistant United States Attorney
        District of Columbia Detailee
        NDNY Bar No.: 519096
        U.S. Attorney's Office
        14 Durkee Street, Suite 340
        Plattsburgh, New York 12901
        (518) 314-7800
        Douglas.Collyer@usdoj.gov

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the parties or counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on January 5, 2022.

*s/ Douglas G. Collyer*
Douglas G. Collyer
Assistant United States Attorney