IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.   : | Case No. 21-0147-02 (CKK) |
| : | |
| **VIRGINIA MARIE SPENCER,** : | |
| : | |
| **Defendant.** : | |

### ORDER

This matter is before the Court on the defendant's motion pursuant to Federal Rule of Criminal Procedure 35(a) for the entry of an Order correcting the judgment imposed on January 7, 2022, and to stay entry of the Judgment and Commitment Order until such time as this instant motion is resolved, and the court having considered the motion, it is this _____ day of January, 2022, ORDERED,

1. On _____, 2022, the Court will conduct a hearing on the motion pursuant to Federal Rule of Criminal Procedure 35(a) for the entry of an Order correcting the judgment imposed on January 7, 2022, and

2. The entry of the Judgment and Commitment Order is stayed until such time as this instant motion is resolved.

SO ORDERED.

_____
United States District Judge

Copies To:
1.     All case registered parties

1