# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-cr-147-02 (CKK)
)
VIRGINIA MARIE SPENCER )

## NOTICE OF APPEAL

Name and address of appellant: United States of America

Name and address of appellant's attorney: Elizabeth H. Danello, Assistant US Attorney
Office of the US Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20001

Offense: 40 USC sec 5104(e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

Order, entered on docket on January 19, 2022, granting defendant's Motion to Correct Judgment

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| February 16, 2022 | United States of America |
|---|---|
| DATE | APPELLANT |
|  | Elizabeth H. Danello /s/ |
|  | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ✔
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal? YES [X] NO ☐
Has counsel ordered transcripts? YES ☐ NO ✔
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES ☐ NO ✔